**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SYED AKBAR,<br><br>          *Plaintiff*,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          *Defendant*. | Civil Action No. 23‑2382 (LLA) |

## ORDER

For the reasons stated in the court's Memorandum Opinion, ECF No. 35, it is hereby **ORDERED** that the United States' Motion for Judgment on the Pleadings, ECF No. 30, is converted to a Motion for Summary Judgment and **GRANTED**.

This Order constitutes a final judgment of the court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure.  The Clerk of Court is directed to terminate the case.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date:   August 4, 2025